# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**SCOTT LEE JONES**                                                                                                          **PLAINTIFF**

**v.**                                            **Case No. 2:20-cv-00167-KGB-JTK**

**KILOLO KIJAKAZI, Acting Commissioner,**
**Social Security Administration**                                                             **DEFENDANT**

## ORDER

Before the Court are the Proposed Findings And Recommended Disposition ("Recommended Disposition") submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 12). No objections have been filed, and the time for filing objections has passed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (*Id.*). The Court grants the Commissioner of the Social Security Administration's motion to dismiss, as converted by the Court into one for summary judgment (Dkt. No. 8), and dismisses with prejudice plaintiff Scott Lee Jones' complaint (Dkt. No. 2).

It is so ordered this the 19th day of September, 2022.

Kristine G. Baker
United States District Judge