# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**SCOTT LEE JONES**                                                                         **PLAINTIFF**

v.                          Case No. 2:20-cv-00167-KGB-JTK

**KILOLO KIJAKAZI, Acting Commissioner,**
**Social Security Administration**                                              **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Scott Lee Jones' complaint is dismissed with prejudice (Dkt. No. 2).

It is so adjudged this the 19th day of September, 2022.

_____
Kristine G. Baker
United States District Judge